IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| H.D., A MINOR, BY AND THROUGH HIS PARENTS, JEFFREY D. AND PATRICIA H., v. KENNETT CONSOLIDATED SCHOOL DISTRICT | CIVIL ACTION NO. 18-3345 |
|---|---|

## ORDER

**AND NOW,** this 26th day of September, 2019, upon consideration of the Plaintiffs' Motion for Judgment on the Administrative Record (ECF 10), Defendant's Motion and Opposition (ECF 12), and Plaintiffs' Reply Memorandum (ECF 15), it is ORDERED that the Hearing Officer's Decision is AFFIRMED for reasons which will be set forth in a Memorandum to be issued next week. Judgment is entered for Defendant.

**BY THIS COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 18\18-3345 HD v Kennett Consolidated Sch Dist\18cv3345 MJAR Order.docx